for petitioner. *Mr. George Luedeke* for respondents.

No. 654. McHIE ET AL. *v.* FIFTH AVENUE BANK, EXECUTOR. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Walter Myers* and *Jay E. Darlington* for petitioners. *Mr. Norman H. Nachman* for respondent.

No. 657. BELLOW ET AL. *v.* PARK SHERMAN Co., INC. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Albert G. McCaleb* for petitioners. *Mr. Ralph M. Snyder* for respondent.

No. 634. GARROW ET AL. *v.* UNITED STATES. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Gaillard Hamilton* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Roger P. Marquis* for the United States.

No. 632. McDERMOTT *v.* UNITED STATES. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Messrs. Eben Lesh* and *Julius C. Travis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.